IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated., <br><br> *Petitioner–Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants.* | Case No. _____ <br><br> **EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

**EMERGENCY APPLICATION FOR A TEMPORARY RESTRAINING ORDER**[1]

---

[1] Petitioner's counsel will email a PDF copy of this Motion and the documents in support of this Motion to Lee Karl, Adam Fischer, and Michael Colville, all of whom are attorneys with the U.S. Attorney's Office for the Western District of Pennsylvania.

**Petitioner-Plaintiff ("Petitioner") and the proposed class <u>are in imminent danger of being removed from the United States</u>**—(with 24 hours or less notice) —and this Court could potentially permanently lose jurisdiction. **<u>Petitioner and the class are also in imminent danger of being transferred outside of the Western District of Pennsylvania</u> en route to removal. Accordingly, Petitioner respectfully requests a temporary injunction for Petitioner and the putative class to preserve the status quo, enjoining (1) any removal outside the country pursuant to the Alien Enemies Act ("AEA"), (2) any transfer out of the Western District of Pennsylvania, (3) notice to Petitioner and the putative class, as well as undersigned counsel, of any designation as an Alien Enemy under the Proclamation, with at least 30 days' notice prior to any removal under the Proclamation, and (4) notice to undersigned counsel of the transfer of any individual designated an Alien Enemy under the Proclamation into the Western District of Pennsylvania.**

The request for a temporary restraining order against Respondents-Defendants ("Respondents") is made pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the All Writs Act. Petitioner and the proposed class are civil immigration detainees who are at substantial risk of immediate, summary removal from the United States pursuant to the use of the AEA, 50 U.S.C. § 21 *et seq.* against a *non*-state actor for the first time in the country's history.

As set forth in the accompanying Memorandum of Law, Respondents' invocation and application of the AEA patently violates the plain text of the statute and exceeds the limited authority granted to the President by Congress. Respondents' invocation and application of the AEA also violates the Immigration and Nationality Act, statutes providing protection for people seeking humanitarian relief, and due process. In the absence of a temporary restraining order, Petitioner and the class will suffer irreparable injury, and the balance of hardships and the public

interest favor relief. Critically, moreover, if Petitioner and the class are removed to the custody of another country, <u>the government's position is that this Court will lose jurisdiction permanently</u>.

In support of this Motion, Petitioner relies upon the accompanying memorandum in support of a Temporary Restraining Order, motion and memorandum for class certification, and declarations in support of both motions. A proposed order is attached for the Court's convenience. Petitioner respectfully requests that this Court grant this emergency application and issue a temporary restraining order as soon as possible for Petitioner and the class.

Dated: April 15, 2025                 Respectfully submitted,

                                    /s/ Vanessa L. Stine

Lee Gelernt (NY 2502532)*          Vanessa L. Stine (PA 319569)
Daniel Galindo (CA 292854)*       Witold J. Walczak (PA 62976)
Ashley Gorski (NY 4874228)*       Keith Armstrong (PA 334758)*
Patrick Toomey (4983979)*          AMERICAN CIVIL LIBERTIES UNION
Sidra Mahfooz (NY 5782693)*      OF PENNSYLVANIA
Omar Jadwat (NY 4118170)*
Hina Shamsi (NY 2995579)*           P.O. Box 60173
AMERICAN CIVIL LIBERTIES UNION   Philadelphia, PA 19102
FOUNDATION                          T:  215-592-1513
125 Broad Street, 18th Floor         F: 267-573-3054
New York, NY 10004               E:  vstine@aclupa.org
T: (212) 549-2660                  E:  karmstrong@aclupa.org
F: (212) 519-7871
E: lgelernt@aclu.org               P.O. Box 23058
E: dgalindo@aclu.org             Pittsburgh, PA 15222
E: agorski@aclu.org               T:  412-681-7864
E: ptoomey@aclu.org             F: 267-573-3054
E: smahfooz@aclu.org            E:  vwalczak@aclupa.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith (CA 344481)*
Oscar Sarabia Roman (CA 341385)*    Attorneys for Petitioner-Plaintiff
My Khanh Ngo (CA 317817)*        *Pro hac vice applications forthcoming*
Cody Wofsy (CA 294179)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org