IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A.S.R., individually and on behalf of all others similarly situated,

*Petitioner–Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 3:25-cv-113

PETITIONER-PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

## PETITIONER-PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Petitioner-Plaintiff ("Petitioner") hereby moves the Court for an order certifying a class in this matter as follows:

> All noncitizens in custody in the Western District of Pennsylvania who were, are, or will be subject to the March 2025 Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren De Aragua' and/or its implementation.

Petitioner further moves for an order appointing him as representatives of the class defined above, and appointing Petitioner's counsel as counsel for the class.

Petitioners further move for an order requiring the government to identify members of the class and provide notice when a class member is transferred into the District.

This Motion is made pursuant to the Federal Rule of Civil Procedure 23(a) and 23(b)(2) or, in the alternative, under principles of habeas jurisdiction and equity with Federal Rule of Civil Procedure 23 as a guidepost. The Motion is based upon a supporting Memorandum of Law and accompanying declaration, which is filed concurrently with this Motion.

1

| | |
|---|---|
| Dated: April 15, 2025 | Respectfully submitted, |

/s/ Vanessa L. Stine

| | |
|---|---|
| Lee Gelernt (NY 2502532)* | Vanessa L. Stine (PA 319569) |
| Daniel Galindo (CA 292854)* | Witold J. Walczak (PA 62976) |
| Ashley Gorski (NY 4874228)* | Keith Armstrong (PA 334758)* |
| Patrick Toomey (4983979)* | AMERICAN CIVIL LIBERTIES UNION |
| Sidra Mahfooz (NY 5782693)* | OF PENNSYLVANIA |
| Omar Jadwat (NY 4118170)* | |
| Hina Shamsi (NY 2995579)* | P.O. Box 60173 |
| AMERICAN CIVIL LIBERTIES UNION | Philadelphia, PA 19102 |
| FOUNDATION | T: 215-592-1513 |
| 125 Broad Street, 18th Floor | F: 267-573-3054 |
| New York, NY 10004 | E: vstine@aclupa.org |
| T: (212) 549-2660 | E: karmstrong@aclupa.org |
| F: (212) 519-7871 | |
| E: lgelernt@aclu.org | P.O. Box 23058 |
| E: dgalindo@aclu.org | Pittsburgh, PA 15222 |
| E: agorski@aclu.org | T: 412-681-7864 |
| E: ptoomey@aclu.org | F: 267-573-3054 |
| E: smahfooz@aclu.org | E: vwalczak@aclupa.org |
| E: ojadwat@aclu.org | |
| E: hshamsi@aclu.org | |

| | |
|---|---|
| Noelle Smith (CA 344481)* | |
| Oscar Sarabia Roman (CA 341385)* | Attorneys for Petitioner-Plaintiff |
| My Khanh Ngo (CA 317817)* | *Pro hac vice applications forthcoming |
| Cody Wofsy (CA 294179)* | |
| AMERICAN CIVIL LIBERTIES UNION | |
| FOUNDATION | |
| 425 California Street, Suite 700 | |
| San Francisco, CA 94104 | |
| T: (415) 343-0770 | |
| F: (212) 519-7871 | |
| E: nsmith@aclu.org | |
| E: osarabia@aclu.org | |
| E: mngo@aclu.org | |
| E: cwofsy@aclu.org | |

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I provided copies by email of the foregoing motion, declaration, and accompanying memorandum and proposed order to the U.S. Attorney's Office, Western District of Pennsylvania to:

    United States Attorney's Office
    Western District of Pennsylvania
    Lee Karl
    Adam Fischer
    Michael Colville
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    michael.colville@usdoj.gov
    lee.karl@usdoj.gov
    adam.fischer@usdoj.gov

Dated: April 15, 2025

/s/ Vanessa Stine
Vanessa Stine (PA 319569)
AMERICAN CIVIL LIBERTIES
UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
T: 215-592-1513
F: 267-573-3054
E: vstine@aclupa.org

*Attorney for Petitioner- Plaintiff*