IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113<br><br>**PETITIONER-PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYMS** |

### PETITIONER-PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYMS

Petitioner-Plaintiff A.S.R, through undersigned counsel, hereby respectfully moves this Court to: (1) allow him in the above-referenced action to proceed pseudonymously (using initials A.S.R.); (2) ensure that he be referred to by his initials on the docket, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court; and (3) prohibit Respondents-Defendants ("Respondents") from disclosing any personally-identifying information that could lead to Petitioner's identification. Petitioner is filing an accompanying Memorandum of Law in support of this motion, as well as a Proposed Order for the Court.

WHEREFORE, Petitioner respectfully request that this Court:

1. Allow him to proceed pseudonymously in this action (using initials A.S.R.)

2. Ensure that Petitioner is referred to by his initials on the docket, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court;

3. Prohibit Respondents from disclosing any personally-identifying information that could lead to Petitioner's identification; and

4. Grant any other relief that the Court deems necessary and just.

Dated: April 15, 2025                                    Respectfully submitted,

/s/ Vanessa L. Stine
Vanessa L. Stine (PA 319569)

Lee Gelernt (NY 2502532)*                                Witold J. Walczak (PA 62976)
Daniel Galindo (CA 292854)*                              Keith Armstrong (PA 334758)*
Ashley Gorski (NY 4874228)*                              AMERICAN CIVIL LIBERTIES UNION
Patrick Toomey (4983979)*                                OF PENNSYLVANIA
Sidra Mahfooz (NY 5782693)*
Omar Jadwat (NY 4118170)*                                P.O. Box 60173
Hina Shamsi (NY 2995579)*                                Philadelphia, PA 19102
AMERICAN CIVIL LIBERTIES UNION                           T:  215-592-1513
FOUNDATION                                               F: 267-573-3054
125 Broad Street, 18th Floor                             E:  vstine@aclupa.org
New York, NY 10004                                       E:  karmstrong@aclupa.org
T: (212) 549-2660
F: (212) 519-7871                                        P.O. Box 23058
E: lgelernt@aclu.org                                     Pittsburgh, PA 15222
E: dgalindo@aclu.org                                     T:  412-681-7864
E: agorski@aclu.org                                      F: 267-573-3054
E: ptoomey@aclu.org                                      E:  vwalczak@aclupa.org
E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith (CA 344481)*                                Attorneys for Petitioner-Plaintiff
Oscar Sarabia Roman (CA 341385)*                         *Pro hac vice applications forthcoming
My Khanh Ngo (CA 317817)*
Cody Wofsy (CA 294179)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I provided copies of the foregoing motion and accompanying memorandum and proposed order to the U.S. Attorney's Office, Western District of Pennsylvania by email to:

United States Attorney's Office
Western District of Pennsylvania
Lee Karl
Adam Fischer
Michael Colville
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
michael.colville@usdoj.gov
lee.karl@usdoj.gov
adam.fischer@usdoj.gov

Dated: April 15, 2025                             /s/ Vanessa Stine
                                                  Vanessa Stine (PA 319569)

                                                  *Attorney for Petitioner-Plaintiff*