IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., *on his own behalf and on behalf of others similarly situated*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | )    Civil Case No. 3:25-cv-00113-SLH |
| | ) |
| DONALD J. TRUMP, *et al.*, | )<br>) |
| Respondents. | ) |

## **ORDER OF COURT**

AND NOW, this 15th day of April, 2025, upon due consideration of Petitioners' Emergency Application for a Temporary Restraining Order [Doc. 2]; and, in order to preserve the status quo and to prevent irreparable harm to movants just so long as is necessary to develop a fuller record and to hold a hearing on Petitioners' application for a temporary restraining order, *see Hope v. Warden York County Prison*, 956 F.3d 156, 160 (3d Cir. 2020); and, pursuant to 28 U.S.C. § 1651, in order to preserve this Court's potential jurisdiction in this matter; accordingly, pursuant to Federal Rule of Civil Procedure 65(b), IT IS ORDERED that Respondents hereby are **temporarily enjoined**, pending further order of this Court, from either removing Petitioner or any members of the putative class from the United States, or from transferring Petitioner or any members of the putative class from the Western District of Pennsylvania. This Court finds that Petitioner and members of the putative class have demonstrated that irreparable harm will result if they are transferred from this district or removed from the United States prior to a response and hearing; and,

IT FURTHER IS ORDERED that Petitioners' counsel is directed to serve Respondents with a copy of the class action petition for a writ of habeas corpus, application for temporary restraining order and all accompanying papers, along with a copy of this Order, by email to the United States Attorney's Office for the Western District of Pennsylvania, and promptly to file proof of such service on the docket; and,

IT FURTHER IS ORDERED that Respondents shall file a response to Petitioners' Emergency Application for a Temporary Restraining Order [Doc. 2] on or before **April 16, 2025**; and,

IT FURTHER IS ORDERED that a hearing on Petitioners' emergency application for a temporary restraining order [Doc. 2] hereby is scheduled for **Friday, April 18, 2025, at 11:00 a.m.**, in Courtroom A, 319 Washington Street, Johnstown, Pennsylvania, before Judge Stephanie L. Haines; and,

IT FURTHER IS ORDERED that this order shall expire upon this Court's resolution of Petitioners' application for a temporary restraining order.

_____
Stephanie L. Haines
United States District Judge