IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., *on his own behalf and on behalf of others similarly situated,* <br><br> Petitioners, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No. 3:25-cv-00113-SLH |

## ORDER OF COURT

AND NOW, this 15th day of April, 2025, upon due consideration of Petitioner's motion for leave to proceed under pseudonym [Doc. 6], and for good cause shown, IT IS ORDERED that Petitioner's motion for leave to proceed under pseudonym [Doc. 6] hereby is **granted**. Petitioner hereby is granted leave to proceed under the pseudonym A.S.R. before this Court in this action.

/s/ Stephanie L. Haines
Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1