IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

**PETITIONER'S NOTICE OF CASE-RELATED DEVELOPMENT**

Petitioner A.S.R. writes to advise the Court of a development that occurred in this case. A.S.R. was transferred from Moshannon Valley Processing Center to Bluebonnet Detention Center in Anson, Texas. It is Petitioner counsel's understanding, based on written correspondence between ICE and A.S.R.'s immigration counsel that A.S.R. was at Moshannon Valley Processing Center as of 11:55AM on April 15, 2025. Given that Petitioner filed the habeas petition at 10:38AM, the habeas petition was filed prior to his transfer.

Petitioner's counsel further confirmed A.S.R.'s location at Moshannon through several searches on the ICE detainee locator. Additionally, A.S.R.'s immigration counsel was told at approximately 1:45PM on April 15, 2025 that the ICE trial attorney had conducted a search on ICE's internal system and ICE's internal system showed that Petitioner was still at Moshannon Valley Processing Center. Petitioner's counsel were notified by A.S.R.'s immigration counsel about an email from 3:23PM on April 15, 2025 from ICE indicating that A.S.R. had been transferred to Bluebonnet.

1

Dated: April 16, 2025 | Respectfully submitted,

/s/ *Vanessa L. Stine*

Lee Gelernt (NY 2502532)** | Vanessa L. Stine (PA 319569)
Daniel Galindo (CA 292854)** | Witold J. Walczak (PA 62976)
Ashley Gorski (NY 4874228)* | Keith Armstrong (PA 334758)*
Patrick Toomey (4983979)* | AMERICAN CIVIL LIBERTIES UNION
Sidra Mahfooz (NY 5782693)* | OF PENNSYLVANIA
Omar Jadwat (NY 4118170)*
Hina Shamsi (NY 2995579)* | P.O. Box 60173
AMERICAN CIVIL LIBERTIES UNION | Philadelphia, PA 19102
FOUNDATION | T: 215-592-1513
125 Broad Street, 18th Floor | F: 267-573-3054
New York, NY 10004 | E: vstine@aclupa.org
T: (212) 549-2660 | E: karmstrong@aclupa.org
F: (212) 519-7871
E: lgelernt@aclu.org | P.O. Box 23058
E: dgalindo@aclu.org | Pittsburgh, PA 15222
E: agorski@aclu.org | T: 412-681-7864
E: ptoomey@aclu.org | F: 267-573-3054
E: smahfooz@aclu.org | E: vwalczak@aclupa.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith (CA 344481)**
Oscar Sarabia Roman (CA 341385)** | Attorneys for Petitioner-Plaintiff
My Khanh Ngo (CA 317817)** | *Pro hac vice applications forthcoming*
Cody Wofsy (CA 294179)** | **Admitted pro hac vice*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org