## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.S.R., *on his own behalf and on behalf of others similarly situated,* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Case No. 3:25-cv-00113-SLH |
| DONALD J. TRUMP, *et al.,* | ) ) ) | |
| Respondents. | ) ) | |

## ORDER OF COURT

AND NOW, this 17th day of April, 2025, pursuant to the telephone status conference held this day, IT IS ORDERED that the hearing on Petitioner's motion for temporary restraining order previously set for April 18, 2025, hereby is continued until further order of court; and,

IT FURTHER IS ORDERED that no later than **April 22, 2025**, both parties shall file briefs specific to the issue of this Court's jurisdiction, to include specific factual documentation, as well as legal argument; and,

IT FURTHER IS ORDERED that the Order entered by this Court on April 15, 2025 [Doc. 8] shall remain in full force pending resolution of the jurisdictional issue by this Court, or 14 days after its entry on April 15, 2025, unless before that time this Court, for good cause, extends it for a like period, or Respondents consent to a longer extension.  Federal Rule of Civil Procedure 65(b)(2)

Stephanie L. Haines
United States District Judge

cc/ecf:  All counsel of record

1