IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A.S.R., individually and on behalf of all others
similarly situated

*Petitioner–Plaintiff,*

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

*Respondents–Defendants*.

Case No. 3:25-cv-00113

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff-Petitioner, A.S.R., on behalf of the putative class of Venezuelans who were

detained at Moshannon as of Tuesday morning, April 15, but specifically F.R.C-C (whose name

has been shared with government's counsel in this case), moves this court to enter another TRO

specifically prohibiting Respondents from removing either of the two identified petitioners or

any others similarly situated, out of the country, and as grounds therefor aver as follows:

1. Credible information is available that Respondents will imminently load a plane from

Bluebonnet detention center in Texas, full of Venezuelan detainees, on a flight to El Salvador.

2. Upon information and belief, the Pennsylvania-based petitioners are on, or will be on,

that flight.

3. Undersigned counsel has asked the government's attorneys to confirm that these

people will not be removed. See attached. Undersigned has received no response from

Respondents' counsel.

1

WHEREFORE, Petitioners respectfully request that this Court issue an immediate TRO clarifying that no person removed from Moshannon this past Tuesday may be removed from the country.

Dated: April 18, 2025                                    Respectfully submitted,


                                                         /s/ *Vanessa L. Stine*
Lee Gelernt (NY 2502532)**                               Vanessa L. Stine (PA 319569)
Daniel Galindo (CA 292854)**                             Witold J. Walczak (PA 62976)
Ashley Gorski (NY 4874228)*                              Keith Armstrong (PA 334758)*
Patrick Toomey (4983979)*                                AMERICAN CIVIL LIBERTIES UNION
Sidra Mahfooz (NY 5782693)*                              OF PENNSYLVANIA
Omar Jadwat (NY 4118170)*
Hina Shamsi (NY 2995579)*                                P.O. Box 60173
AMERICAN CIVIL LIBERTIES UNION                           Philadelphia, PA 19102
FOUNDATION                                               T:  215-592-1513
125 Broad Street, 18th Floor                             F: 267-573-3054
New York, NY 10004                                       E:  vstine@aclupa.org
T: (212) 549-2660                                        E:  karmstrong@aclupa.org
F: (212) 519-7871
E: lgelernt@aclu.org                                     P.O. Box 23058
E: dgalindo@aclu.org                                     Pittsburgh, PA 15222
E: agorski@aclu.org                                      T:  412-681-7864
E: ptoomey@aclu.org                                      F: 267-573-3054
E: smahfooz@aclu.org                                     E:  vwalczak@aclupa.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org


Noelle Smith (CA 344481)**
Oscar Sarabia Roman (CA 341385)**                        Attorneys for Petitioner-Plaintiff
My Khanh Ngo (CA 317817)**                               *Pro hac vice applications forthcoming
Cody Wofsy (CA 294179)**                                 **Admitted pro hac vice
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org


2