IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

## TEMPORARY RESTRAINING ORDER

  Having read and considered Petitioner-Plaintiff's Motion for Temporary Restraining Order, filed a short time ago, given the urgency and irreparable harm at issue, it is on this 18th day of April, 2025, at _____, hereby ORDERED that Respondents are directed not to remove A.S.R., F.R.C-C (Respondents have been provided their names), or any other people removed from Moshannon since and including Tuesday, April 15, 2025.

  Respondents' counsel is further ORDERED to file confirmation, today by _____ p.m., that they have received and their clients will comply with this ORDER.

_____
U.S.D.J.