IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., *on his own behalf and on behalf of others similarly situated,* <br><br> Petitioners, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Respondents. | Civil Case No. 3:25-cv-00113-SLH |

## ORDER OF COURT

AND NOW, this 18th day of April, 2025, upon due consideration of Petitioners' latest motion for a temporary restraining order [Doc. 32], IT IS ORDERED that Petitioners' motion hereby is denied as redundant. This Court's prior orders entered on April 15, 2025 [Doc. 8] and on April 17, 2025 [Doc. 30] speak for themselves and remain in full force and effect. As set forth therein, Respondents remain temporarily enjoined, pending further order of this Court, from either removing Petitioner or any members of the putative class from the United States, or from transferring Petitioner or any members of the putative class from the Western District of Pennsylvania, until resolution of the jurisdictional issue or 14 days after entry of this Court's April 15, 2025, order [Doc. 30].

*/s/ Stephanie L. Haines*
Stephanie L. Haines
United States District Judge