IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al*.,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

## MOTION TO COMPEL RESPONDENTS TO ACCELERATE ATTORNEY-CLIENT CONTACT OR, IN ALTERNATIVE, FOR COURT TO CONTINUE JURISDICTIONAL BRIEFING DEADLINE

Plaintiff-Petitioner, A.S.R., respectfully moves this Court to either compel Respondents to arrange a confidential legal call between A.S.R. and his counsel, to occur by mid-day on Tuesday, April 22, or, alternatively, for this Court to continue tomorrow's deadline for briefing the jurisdictional issues, and as grounds therefor avers as follows:

1. This Court has ordered that, "no later than April 22, 2025, both parties shall file briefs specific to the issue of this Court's jurisdiction, to include specific factual documentation, as well as legal argument…." ECF No. 30.

2. While Petitioner's counsel has evidence that Respondents removed him and others after the Court docketed the habeas, and as the government averred during the April 17, 2025, status conference and according to publicly available flight history, the plane carrying Petitioner and other putative class members left Harrisburg after the Court's first TRO Order, ECF No. 8, critical evidence of the timing includes A.S.R.'s own testimony.

1

3. Despite the Court's April 15 temporary restraining order, Respondents flew Petitioner from Harrisburg to Abilene, Texas, and detained him at the Bluebonnet Detention Center in Anson, Texas.

4. Almost immediately after the conclusion of last Thursday afternoon's status conference with the court, ECF No. 27, Petitioner's counsel began efforts to set up a confidential legal call with their client.

5. Bluebonnet has scheduled A.S.R. for a confidential legal call with the undersigned for this Thursday morning, April 24.

6. An earlier call is essential to enable Petitioner's counsel to include in the jurisdictional briefing, due on April 22, A.S.R.'s testimony about exactly when last Tuesday Respondents removed him from the Moshannon Valley Processing Center. As the person whose fate is at issue, his eyewitness account is critical to the Court's resolution of the jurisdictional matter.

7. Over this past weekend, Petitioner's counsel emailed Respondent's counsel to seek help in arranging a legal call sooner than Thursday. Respondents' counsel suggested following publicly available information on the Internet, which Petitioner's counsel had already done, or to try to set up a non-confidential call, which would violate A.S.R.'s right to confidential attorney-client communications. A copy of the email exchange is attached as Exhibit 1.

8. If Petitioner's counsel is unable to communicate confidentially with their client by mid-day tomorrow, Petitioner would ask the Court to continue the jurisdictional briefing deadline to Thursday, April 24, so that counsel may incorporate Petitioner's testimony into their response.

9. Given the Court's extension of the temporary restraining order pending resolution of the jurisdictional issue by this Court or to April 29, and potentially for another fourteen days, ECF No. 30, Respondents would not be prejudiced by a two-day continuance.

WHEREFORE, Petitioner respectfully requests that this Court either order Respondents to set up a confidential telephone call between A.S.R. and his counsel to occur by mid-day on Tuesday, April 22, *or* continue the jurisdictional briefing by two days, until Thursday, April 24.

Dated: April 21, 2025                                          Respectfully submitted,

                                                               /s/ *Vanessa L. Stine*
                                                               Vanessa L. Stine (PA 319569)
Lee Gelernt (NY 2502532)**                                     Witold J. Walczak (PA 62976)
Daniel Galindo (CA 292854)**                                   Keith Armstrong (PA 334758)**
Ashley Gorski (NY 4874228)*                                    AMERICAN CIVIL LIBERTIES UNION
Patrick Toomey (4983979)*                                      OF PENNSYLVANIA
Sidra Mahfooz (NY 5782693)*
Omar Jadwat (NY 4118170)*
Hina Shamsi (NY 2995579)*                                      P.O. Box 60173
AMERICAN CIVIL LIBERTIES UNION                                 Philadelphia, PA 19102
FOUNDATION                                                     T:  215-592-1513
125 Broad Street, 18th Floor                                   F: 267-573-3054
New York, NY 10004                                             E:  vstine@aclupa.org
T: (212) 549-2660                                              E:  karmstrong@aclupa.org
F: (212) 519-7871
E: lgelernt@aclu.org                                           P.O. Box 23058
E: dgalindo@aclu.org                                           Pittsburgh, PA 15222
E: agorski@aclu.org                                            T:  412-681-7864
E: ptoomey@aclu.org                                            F: 267-573-3054
E: smahfooz@aclu.org                                           E:  vwalczak@aclupa.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith (CA 344481)**
Oscar Sarabia Roman (CA 341385)**                              Attorneys for Petitioner-Plaintiff
My Khanh Ngo (CA 317817)**                                     *Pro hac vice applications forthcoming*
Cody Wofsy (CA 294179)**                                       **Admitted pro hac vice*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

3

425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org