IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A.S.R., individually and on behalf of all others similarly situated

*Petitioner–Plaintiff,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

*Respondents–Defendants.*

Case No. 3:25-cv-00113

## ORDER

Upon consideration of Petitioner-Plaintiff's Motion to compel Respondents to arrange a confidential legal call with A.S.R. to occur by mid-day on April 22, 2025, or alternatively, for this Court to continue the April 22, 2025, briefing deadline, *see* ECF No. 30, until April 24, 2025, **IT IS HEREBY ORDERED** that Petitioner's Motion is **GRANTED** only insofar as the Court will continue the April 22, 2025, briefing deadline. **IT IS FURTHER ORDERED** that, no later than April 24, 2025, both parties shall file briefs specific to the issue of this Court's jurisdiction, to include specific factual documentation, as well as legal argument.

SO ORDERED:

Hon. Stephanie L. Haines
United States District Judge