IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113-SLH |

### DECLARATION OF VANESSA STINE

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. My name is Vanessa Stine. I am a Senior Staff Attorney with the American Civil Liberties Union of Pennsylvania and am counsel for Petitioner-Plaintiff A.S.R. I make this declaration in support of Petitioner-Plaintiff A.S.R.'s Supplemental Brief on the Court's Jurisdiction.

2. Attached hereto are true and correct copies of the following materials, identified as lettered exhibits in the petition:

   | | |
   |---|---|
   | **Ex. A** | ECF Notice, Petition for Writ of Habeas Corpus<br>April 15, 2025, 10:38:00 AM |
   | **Ex. B** | ICE Detainee Locator, A.S.R. Location Screenshot<br>April 15, 2025, 10:38:47 AM |
   | **Ex. C** | ICE Detainee Locator, A.S.R. Location Screenshot<br>April 15, 2025, 11:07:09 AM |
   | **Ex. D** | ICE Detainee Locator, A.S.R. Location Screenshot<br>April 15, 2025, 11:19:00 AM |
   | **Ex. E** | A.S.R. Declaration |

1

| | | |
|---|---|---|
| **Ex. F** | | Gian-Grasso Second Declaration |
| **Ex. G** | | Email from Deportation Officer Joshua Belcher<br>April 15, 2025, 11:55:17 AM |
| **Ex. H** | | ECF Notice, Order granting Temporary Restraining Order<br>April 15, 2025, 03:12:00 PM |
| **Ex. I** | | Transcript of Conference before Hon. Stephanie Haines<br>April 17, 2025 |
| **Ex. J** | | Flight Record |

Dated:   April 24, 2025                                         /s/ Vanessa Stine

2