# EXHIBIT A

4/23/25, 4:10 PM American Civil Liberties Foundation of PA Mail - Activity in Case 3:25-cv-00113 A.S.R. v. TRUMP et al Petition for Writ of Habeas C…

Case 3:25-cv-00113-SLH    Document 39-2    Filed 04/24/25    Page 2 of 3



Vanessa Stine <vstine@aclupa.org>

## Activity in Case 3:25-cv-00113 A.S.R. v. TRUMP et al Petition for Writ of Habeas Corpus

**ecf_intake_pawd@pawd.uscourts.gov** <ecf_intake_pawd@pawd.uscourts.gov>  
To: pawd_ecf@pawd.uscourts.gov

Tue, Apr 15, 2025 at 10:38 AM

**This email comes from outside the organization.**

Do not click links or open attachments unless it is an email you expected to receive.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered by Stine, Vanessa on 4/15/2025 at 10:38 AM EDT and filed on 4/15/2025  
**Case Name:** A.S.R. v. TRUMP et al  
**Case Number:** 3:25-cv-00113  
**Filer:** A.S.R.  
**Document Number:** 1

**Docket Text:**
**CLASS ACTION PETITION for Writ of Habeas Corpus (Filing fee $5, receipt number APAWDC-8811216), filed by A.S.R.. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit) (Stine, Vanessa)**

**3:25-cv-00113 Notice has been electronically mailed to:**

Vanessa Stine &nbsp &nbsp vstine@aclupa.org

**3:25-cv-00113 Filer must deliver notice by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document  
**Original filename:**n/a  
**Electronic document Stamp:**  
[STAMP dcecfStamp_ID=1098469114 [Date=4/15/2025] [FileNumber=9109774-0
] [52a17044b05939b66769224b22c170ca4d9ff527266f8b7cb46980abc5237a50dfa
abc66b0fac90ed2b10b5d76d02b1369a140cda2d7df3dae98a076597c5a68]]  
**Document description:**Civil Cover Sheet  
**Original filename:**n/a  
**Electronic document Stamp:**  
[STAMP dcecfStamp_ID=1098469114 [Date=4/15/2025] [FileNumber=9109774-1
] [13578c2c2e15207195846ddac1f009604d408ebd01deda765fc85d787465af06893

4/23/25, 4:10 PM American Civil Liberties Foundation of PA Mail - Activity in Case 3:25-cv-00113-S.K.L.S. TRUMP et al. Petition for Writ of Habeas C…

Case 3:25-cv-00113-SLH    Document 39-2    Filed 04/24/25    Page 3 of 3

cae1e94f3eeea91b0fa1ea99f86d1a3a9d88b9caa9e3a30e45439529c295c]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=4/15/2025] [FileNumber=9109774-2
] [abb3c924f6e7b85b25c6facf3a10b2153b3f1a3368694f6a0ce3a496132bccefe56
7588e1f25aea7d62169294397bad9d163da2cd1f79bf9688248b8820effe7]]