# EXHIBIT B

Official Website of the Department of Homeland Security

**U.S. Immigration and Customs Enforcement**

Report Crimes: Email or Call 1-866-DHS-2-ICE

Home | Who We Are | What We Do | Newsroom | Information Library | Contact ICE

## Search Results: 1



**Country of Birth :** Venezuela
**A-Number:** 
**Status :** In ICE Custody
**State:** PA
**Current Detention Facility:** MOSHANNON VALLEY ICE PROCESSING CENTER

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

### Related Information

**Helpful Info**

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

**External Links**

Bureau of Prisons Inmate Locator

General Info

File name: Screenshot 2025-04-15 at 10.38.47 AM
Document type: PNG image
File size: 166 KB (165,548 bytes)
Creation date: Apr 15, 2025 at 10:38 AM
Modification date: Apr 15, 2025 at 10:38 AM

Image size: 1010 × 756 pixels
Image DPI: 72 pixels/inch
Color model: RGB
ColorSync profile: C27F390