# EXHIBIT C





General Info

File name: Screenshot 2025-04-15 at 11.07.09 AM
Document type: PNG image
File size: 178 KB (178,341 bytes)
Creation date: Apr 15, 2025 at 11:07 AM
Modification date: Apr 15, 2025 at 11:07 AM

Image size: 1014 × 793 pixels
Image DPI: 72 pixels/inch
Color model: RGB
ColorSync profile: C27F390