# EXHIBIT D

## Search Results: 1



**Country of Birth:** Venezuela
**A-Number:**
**Status:** In ICE Custody
**State:** PA
**Current Detention Facility:** MOSHANNON VALLEY ICE PROCESSING CENTER

*Click on the Detention Facility name to obtain facility contact information*

[BACK TO SEARCH >]

### Related Information

**Helpful Info**
- Status of a Case
- About the Detainee Locator
- Brochure
- ICE ERO Field Offices
- ICE Detention Facilities
- Privacy Notice

**External Links**
- Bureau of Prisons Inmate Locator



DHS.gov  USA.gov  OIG  Open  FOIA  Metrics  No Fear  Site Map  Site Policies & Plug-Ins

