# EXHIBIT G

**From:** Belcher, Joshua A <Joshua.A.Belcher@ice.dhs.gov>
**Sent:** Tuesday, April 15, 2025 11:55:17 AM
**To:** Brennan Gian-Grasso <Brennan@gtilg.com>
**Subject:** ▇▇▇

Morning,

He is still in custody at Moshannon

Respectfully,

*Josh Belcher*
Deportation Officer
Philadelphia Field Office, Moshannon Sub Office
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement