# EXHIBIT H



**Vanessa Stine <vstine@aclupa.org>**

---

## Activity in Case 3:25-cv-00113-SLH A.S.R. v. TRUMP et al Order

**ecf_intake_pawd@pawd.uscourts.gov** <ecf_intake_pawd@pawd.uscourts.gov>    Tue, Apr 15, 2025 at 3:12 PM
To: pawd_ecf@pawd.uscourts.gov

## This email comes from outside the organization.

Do not click links or open attachments unless it is an email you expected to receive.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Western District of Pennsylvania**

## Notice of Electronic Filing

The following transaction was entered on 4/15/2025 at 3:12 PM EDT and filed on 4/15/2025
**Case Name:**     A.S.R. v. TRUMP et al
**Case Number:**     3:25-cv-00113-SLH
**Filer:**
**Document Number:** 8

**Docket Text:**
**ORDER OF COURT - IT IS ORDERED that Respondents hereby are TEMPORARILY ENJOINED, pending further order of this Court, from either removing Petitioner or any members of the putative class from the Western District of Pennsylvania. This Court finds that Petitioner and members of the putative class have demonstrated that irreparable harm will result if they are transferred from this district or removed from the United States prior to a response and hearing; and, IT FURTHER IS ORDERED that Petitioners' counsel is directed to serve Respondents with a copy of the class action petition for a writ of habeas corpus, application for temporary restraining order and all accompanying papers, along with a copy of this Order, by email to the United States Attorney's Office for the Western District of Pennsylvania, and promptly to file proof of such service on the docket; and, IT FURTHER IS ORDERED that Respondents shall file a response to Petitioners' Emergency Application for a Temporary Restraining Order [Doc. [2]] on or before April 16, 2025; and, IT FURTHER IS ORDERED that a hearing on Petitioners' emergency application for a temporary restraining order [Doc. [2]] hereby is scheduled for Friday, April 18, 2025, at 11:00 a.m., in Courtroom A, 319 Washington Street, Johnstown, Pennsylvania, before Judge Stephanie L. Haines; and, IT FURTHER IS ORDERED that this order shall expire upon this Court's resolution of Petitioners' application for a temporary restraining order, and as more fully stated in said Order of Court. Signed by Judge Stephanie L. Haines on 4/15/2025. (dlg)**

**3:25-cv-00113-SLH Notice has been electronically mailed to:**

Vanessa Stine    vstine@aclupa.org, legaladmin@aclupa.org

**3:25-cv-00113-SLH Filer must deliver notice by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=4/15/2025] [FileNumber=9111069-0
] [d0bc92527ebcb95152a54ce3ea2a0abf19186d3456da78164cfece63240345a2ab4
a21d70b94e418af626acdbc827d4a4f60751c352a55516550a541a1f1003c]]