IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

**[PROPOSED] ORDER LIFTING DOCKET VIEWING RESTRICTIONS**

Upon consideration of Petitioners'-Plaintiffs' request to lift docket viewing restrictions, and for good cause shown, the Court ORDERS that the limitations on remote access to electronic files otherwise applicable in this case, *see* Fed. R. Civ. P. 5.2(c), are lifted. Accordingly, the Clerk of Court is directed to lift all viewing restrictions on the docket—i.e., to make all prior filings electronically available to the public. All future filings shall be publicly available unless the Court grants leave to file under seal or in redacted form. If necessary, the Clerk of Court may change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket imposed by Rule 5.2(c).

Entered on _____, 2025 at _____ a.m./p.m.

_____
Hon. Stephanie L. Haines
United States District Judge