IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

### [PROPOSED] ORDER

Upon consideration of Petitioner-Plaintiff's Motion to Extend the Temporary Restraining Order by 14 days and set briefing on a Preliminary Injunction, or in the alternative, for Leave to File a Reply Brief in Support of Motion for Temporary Restraining Order, **IT IS HEREBY ORDERED** that Petitioner's Motion is **GRANTED.** The Order entered by this Court on April 15, 2025, ECF No. 8, and extended on April 17, 2025, ECF No. 30, shall be remain in full force for an additional 14 days from April 29, 2025. Petitioner's motion for preliminary injunction shall be due on April 30, 2025. Respondents' shall file their brief in opposition by May 5, 2025 and Petitioner may file a reply by May 7, 2025; or, Petitioner shall file a reply brief in support of his Motion for a Temporary Restraining Order by no later than April 28, 2025.

SO ORDERED:

_____
Hon. Stephanie L. Haines
United States District Judge