IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

### UNOPPOSED MOTION TO CHANGE HEARING TIME

Petitioner-Plaintiff respectfully moves this Court to change the preliminary injunction hearing time from 10:00 a.m. to 3:00 p.m. on Monday, May 5, and as grounds therefor avers as follows:

1. The preliminary injunction hearing in this case is scheduled for 10:00 a.m. on Monday, May 5.

2. Petitioner's counsel seeks to reschedule the hearing for later in the day to accommodate travel for out-of-town counsel.

3. Respondents' counsel this morning advised the undersigned that they had no objection to a 3:00 p.m. start time.

4. Chambers this morning also advised the undersigned that the Court was amenable to the proposed schedule change.

WHEREFORE, Petitioner respectfully requests a change in the preliminary injunction hearing time from 10:00 a.m. to 3:00 p.m. on Monday, May 5, 2025.

Dated: April 29, 2025                                    Respectfully submitted,

/s/ Witold J. Walczak

| | |
|---|---|
| Lee Gelernt (NY 2502532)** | Witold J. Walczak (PA 62976) |
| Daniel Galindo (CA 292854)** | Vanessa L. Stine (PA 319569) |
| Ashley Gorski (NY 4874228)** | Keith Armstrong (PA 334758)** |
| Patrick Toomey (4983979)** | AMERICAN CIVIL LIBERTIES UNION |
| Sidra Mahfooz (NY 5782693)* | OF PENNSYLVANIA |
| Omar Jadwat (NY 4118170)* | |
| Hina Shamsi (NY 2995579)** | P.O. Box 60173 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Philadelphia, PA 19102 |
| 125 Broad Street, 18th Floor | T: 215-592-1513 |
| New York, NY 10004 | F: 267-573-3054 |
| T: (212) 549-2660 | E: vstine@aclupa.org |
| F: (212) 519-7871 | E: karmstrong@aclupa.org |
| E: lgelernt@aclu.org | |
| E: dgalindo@aclu.org | P.O. Box 23058 |
| E: agorski@aclu.org | Pittsburgh, PA 15222 |
| E: ptoomey@aclu.org | T: 412-681-7864 |
| E: smahfooz@aclu.org | F: 267-573-3054 |
| E: ojadwat@aclu.org | E: vwalczak@aclupa.org |
| E: hshamsi@aclu.org | |
| | |
| Noelle Smith (CA 344481)** | |
| Oscar Sarabia Roman (CA 341385)** | Attorneys for Petitioner-Plaintiff |
| My Khanh Ngo (CA 317817)** | *Pro hac vice applications forthcoming |
| Cody Wofsy (CA 294179)** | **Admitted pro hac vice |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | |
| 425 California Street, Suite 700 | |
| San Francisco, CA 94104 | |
| T: (415) 343-0770 | |
| F: (212) 519-7871 | |
| E: nsmith@aclu.org | |
| E: osarabia@aclu.org | |
| E: mngo@aclu.org | |
| E: cwofsy@aclu.org | |