IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

**[PROPOSED] ORDER**

Upon consideration of Petitioner-Plaintiff's Motion for a Preliminary Injunction:

Having determined that Petitioner-Plaintiff ("Petitioner") and the certified class are likely to succeed on the merits of their claims that the Proclamation violates the Alien Enemies Act ("AEA"), 50 U.S.C. § 21 *et seq.*; that the AEA does not authorize Respondents-Defendants ("Respondents") to summarily remove them from the United States; that Respondents' actions implementing removals under the AEA violate due process, the Immigration and Nationality Act, and statutes providing protection for those seeking humanitarian relief; that in the absence of injunctive relief Petitioner and the certified class will suffer irreparable injury in the form of unlawful removal that may be irreversible; and that the balance of hardships and public interest favor temporary relief, it is, therefore,

**ORDERED** that Petitioner's Motion for a Preliminary Injunction is hereby GRANTED; and that Respondents (excluding the President with respect to any injunctive relief), their agents, representatives, and all persons or entities acting in concert with them are hereby:

1. **ORDERED** not to remove Petitioner, or any members of the certified class, from the

United States under the Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua";

2. **ORDERED** not to transfer Petitioner, or any members of the certified class, from the District;

3. **ORDERED** to return A.S.R. to the Western District of Pennsylvania;

4. **ORDERED** to provide Petitioner and members of the certified class with notice of any designation as an Alien Enemy under the Proclamation, and at least 30 days' notice prior to any removal pursuant to the Proclamation;

5. **ORDERED** to provide class counsel with notice of the designation of alien enemies within the Western District of Pennsylvania, including:

   a. Any individual who is currently detained in the Western District of Pennsylvania;

   b. Any individual who was previously detained in the Western District of Pennsylvania beginning April 15, 2025; and

   c. Any individual who was previously designated and then transferred into the Western District of Pennsylvania.

It is further **ORDERED** that Petitioners shall not be required to furnish security for costs.

Entered on _____, of April 2025, at _____ a.m./p.m.

_____
STEPHANIE L. HAINES
United States District Court Judge