IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants.* | Case No. 3:25-cv-00113-SLH<br><br>Judge Stephanie L. Haines |

**INDEX OF EXHIBITS**

**INDEX OF EXHIIBTS**

**PETITIONER-PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

A. Declaration of Rebecca Hanson

B. Declaration of Andrés Antillano

C. Declaration of Steven Dudley

D. Declaration of Sarah Bishop

E. Declaration of Juanita Goebertus

F. Declaration of Paulina Reyes

G. Declaration of Linette Tobin

H. Declaration of Oscar Sarabia Roman

I. Declaration of Ryan Brunsink

J. Declaration of Som-Mai Nguyen