IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants.* | Case No. 3:25-cv-00113 |

## **ORDER**

Having read and considered Petitioner's motion to reschedule the preliminary injunction hearing from the morning to the afternoon, and there being no objection from Respondents, it is on this 30th day of April, 2025, hereby **ORDERED** that the preliminary injunction hearing on Monday shall be changed from 10:00 a.m. to **3:00 p.m. on Monday, May 5, 2025**, in Courtroom A in Johnstown, Pennsylvania.

Stephanie L. Haines, U.S.D.J.