IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113-SLH |

**PETITIONER-PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITS**

Petitioner-Plaintiff ("Petitioner") hereby respectfully request that the Court permit the Petitioner to file a brief exceeding the page and word limit imposed by Section G of the Honorable Judge Haines' Interim Standing Order.[1] In support of his motion, Petitioner states as follows:

1. Pursuant to Section G of the Honorable Judge Haines' Interim Standing Order, "replies and sur-replies are limited to 10 pages."

2. Petitioner is preparing a Reply in support of his Motion for a Preliminary Injunction in this case. Despite Petitioner's counsel's best efforts to respond to Respondents-Defendants' opposition within the Interim Standing Order's page limits, he needs additional space to fully present a complete response to Respondents-Defendants' Opposition.

3. Counsel for Respondents-Defendants do not oppose Petitioner's request to exceed the page limit requirements under the Interim Standing Order.

WHEREFORE, Petitioner respectfully requests that this Court grant this Motion to Exceed Page Limits and permit Petitioner to file a Reply in support of his Motion for a Preliminary

---

[1] Available at: https://www.pawd.uscourts.gov/sites/pawd/files/Haines_Standing_Order.pdf.

1

Injunction, not to exceed 15 pages.

Dated: May 2, 2025                                    Respectfully submitted,

/s/ Vanessa L. Stine

Lee Gelernt (NY 2502532)**                            Vanessa L. Stine (PA 319569)
Daniel Galindo (CA 292854)**                          Witold J. Walczak (PA 62976)
Ashley Gorski (NY 4874228)**                          Keith Armstrong (PA 334758)**
Patrick Toomey (4983979)**                            AMERICAN CIVIL LIBERTIES UNION
Sidra Mahfooz (NY 5782693)**                          OF PENNSYLVANIA
Omar Jadwat (NY 4118170)*
Hina Shamsi (NY 2995579)**                            P.O. Box 60173
AMERICAN CIVIL LIBERTIES UNION                        Philadelphia, PA 19102
FOUNDATION                                            T: 215-592-1513
125 Broad Street, 18th Floor                          F: 267-573-3054
New York, NY 10004                                    E: vstine@aclupa.org
T: (212) 549-2660                                     E: karmstrong@aclupa.org
F: (212) 519-7871
E: lgelernt@aclu.org                                  P.O. Box 23058
E: dgalindo@aclu.org                                  Pittsburgh, PA 15222
E: agorski@aclu.org                                   T: 412-681-7864
E: ptoomey@aclu.org                                   F: 267-573-3054
E: smahfooz@aclu.org                                  E: vwalczak@aclupa.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith (CA 344481)**                            Attorneys for Petitioner-Plaintiff
Oscar Sarabia Roman (CA 341385)*                      *Admitted pro hac vice
My Khanh Ngo (CA 317817)**                            **Pro hac vice application forthcoming
Cody Wofsy (CA 294179)**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org