IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., _On his own behalf and on behalf of all others similarly-situated_<br>Petitioner,<br><br>vs.<br><br>DONALD J. TRUMP, _In his official capacity as President of the United States, et al._,<br>Respondents. | Civil Case No. 3:25-cv-00113-SLH |

HEARING ON:  Preliminary Injunction Hearing

Before Judge:  Stephanie L. Haines

| | |
|---|---|
| Lee Gelernt, Esq.<br>Daniel Galindo, Esq.<br>Witold J. Walczak, Esq.<br>Appear for Petitioner | Michael Velchik, AUSA<br>Michael Leo Ivory, AUSA<br><br>Appear for Respondents |
| Hearing began: 5/5/25 @ 3:00 p.m. | Hearing concluded: 3:58 p.m. |
| Law Clerk: Noah Keys | Stenographer: Shirley Hall |

Court convened for Preliminary Injunction Hearing. Counsel entered appearances. The Court overviewed its Electronic Devices policy. The Court further outlined the manner in which the Hearing would proceed. Namely, Petitioners would have forty-five minutes to present their arguments. Respondents would then have forty-five minutes to respond. Finally, Petitioners would have fifteen minutes to reply.

Counsel for Petitioners presented their case to the Court. Counsel for Respondents presented their response. Counsel for Petitioners presented their reply. The Court took the matter under advisement and will render a decision in due course. Hearing adjourned.