IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113-SLH<br><br>Judge Stephanie L. Haines |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioner respectfully submits memorandum opinions, issued today, from the U.S. District Court for the Southern District of New York and the U.S. District Court for the District of Colorado granting Petitioners' Motions for Preliminary Injunctions. *See G.F.F. v. Trump*, No. 1:25-cv-2886-AKH (S.D.N.Y. May 6, 2025), ECF No. 84; *D.B.U. v. Trump*, No. 1:25-cv-1163-CNS (D. Colo. May 6, 2025), ECF No. 52. In *G.F.F.*, Judge Hellerstein concluded that the Presidential Proclamation did not satisfy the criteria of the Alien Enemies Act, and also that the government's notice protocols violated the Act and due process. ECF No. 84 at 9–19. In *D.B.U.*, Judge Sweeney likewise held that the Presidential Proclamation did not satisfy the predicates of the Alien Enemies Act. ECF No. 52 at 13–19. She continued to find that the government's notice protocols did not comply with due process, but did not order notice since the Proclamation was unlawful. *See id*. at 19–21.

Dated: May 6, 2025

Lee Gelernt (NY 2502532)**
Daniel Galindo (CA 292854)**
Ashley Gorski (NY 4874228)**

Respectfully submitted,

*/s/ Vanessa L. Stine*
Vanessa L. Stine (PA 319569)
Witold J. Walczak (62976)

1

Patrick Toomey (4983979)**
Sidra Mahfooz (NY 5782693)**
Omar Jadwat (NY 4118170)*
Hina Shamsi (NY 2995579)**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 519-7871
E: lgelernt@aclu.org
E: dgalindo@aclu.org
E: agorski@aclu.org
E: ptoomey@aclu.org
E: smahfooz@aclu.org
E: ojadwat@aclu.org
E: hshamsi@aclu.org

Noelle Smith (CA 344481)**
Oscar Sarabia Roman (CA 341385)**
My Khanh Ngo (CA 317817)**
Cody Wofsy (CA 294179)**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
F: (212) 519-7871
E: nsmith@aclu.org
E: osarabia@aclu.org
E: mngo@aclu.org
E: cwofsy@aclu.org

Keith Armstrong (PA 334758)**
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA

P.O. Box 60173
Philadelphia, PA 19102
T:  215-592-1513
F: 267-573-3054
E:  vstine@aclupa.org
E:  karmstrong@aclupa.org

P.O. Box 23058
Pittsburgh, PA 15222
T:  412-681-7864
F: 267-573-3054
E:  vwalczak@aclupa.org


Attorneys for Petitioner-Plaintiff
*Pro hac vice applications forthcoming
**Admitted pro hac vice