IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., *On his own behalf and on behalf of others similarly-situated,*<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *In his official capacity as President of the United States, et al.,*<br><br>Respondents. | Civil No. 3:25-cv-00113<br>Judge Stephanie L. Haines |

### ORDER OF COURT

AND NOW, this 13th day of May, 2025, upon due consideration of Petitioner A.S.R.'s "Motion for Classwide Preliminary Injunction[,]" (ECF No. 56), and for the reasons set forth in the foregoing Opinion, IT IS HEREBY ORDERED that the Motion is GRANTED insofar as the Court will require Respondents to provide the notice below before removing A.S.R. pursuant to the Alien Enemies Act of 1798 (the "AEA"), 50 U.S.C. § 21, and President Donald J. Trump's Proclamation entitled "Invocation of the [AEA] Regarding the Invasion of the United States by Tren De Aragua[,]" (the "Proclamation"), 90 Fed. Reg. 13034, invoking the AEA.

IT IS FURTHER ORDERED that Respondents, their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are hereby: Enjoined, pending further order of this court, from removing A.S.R. pursuant to the AEA and the Proclamation, unless Respondents first provide: (1) twenty-one (21) days' notice and an "opportunity to be heard" to A.S.R., (2) notice to A.S.R. that clearly articulates the fact that he is subject to removal under the Proclamation and the AEA, (3) notice to A.S.R. in English and Spanish, the language of the one sought to be expelled, and if needed, Spanish-to-English

interpreters shall be provided for any necessary hearings, and (4) notice to A.S.R.'s counsel of all of the foregoing.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to bar the removal, or release from immigration detention, of A.S.R. pursuant to proceedings held under the Immigration and Nationality Act (the "INA").

IT IS FURTHER ORDERED that A.S.R. shall post nominal security of $1.00 in this matter.

IT IS FURTHER ORDERED that A.S.R.'s Motion at ECF No. 56 is DENIED in all other respects.

IT IS FURTHER ORDERED that the parties shall appear before this Court for a telephonic status conference on <u>Monday, May 19, 2025, at 11:00 A.M.</u> The Court will provide the information for the conference to the parties beforehand.

*Stephanie L. Haines*
STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE