IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., *On his own behalf and on behalf of others similarly-situated,*<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *In his official capacity as President of the United States,* *et al.*,<br><br>Respondents. | Civil No. 3:25-cv-00113<br>Judge Stephanie L. Haines |

## ORDER OF COURT

**AND NOW**, to wit, this 13th day of May, 2025, pursuant to Federal Rule of Civil Procedure 23(c)(1)(C) and in accordance with the reasons stated in the accompanying Opinion, **IT IS HEREBY ORDERED** that this Court decertifies the class announced in its Memorandum Order at ECF No. 45.

_____
**STEPHANIE L. HAINES**
**U.S. DISTRICT COURT JUDGE**