# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: May 14, 2025 2:50PM

Rebecca Brooks

| Rcpt. No: 200014283 | Trans. Date: May 14, 2025 2:50PM | | Cashier ID: #ByRh (5462) | |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | DPAW325CV000113 /001<br>ACLU-AMERICAN CIVIL LIBERTIES UNION FOUNDATION | 1 | 1.00 | 1.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CA | Cash | $1.00 |

| | |
|---:|---:|
| Total Due Prior to Payment: | $1.00 |
| Total Tendered: | $1.00 |
| Total Cash Received: | $1.00 |
| Cash Change Amount: | $0.00 |

**Comments**: Nominal Bond to be placed in local court registry as per order of court signed by Judge Haines on 5/13/25 at ECF 73 Paid by ACLU 247 Fort Pit BLVD Pittsburgh , PA 15222

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.