IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

A.S.R., )
       Petitioner, )
)
vs. ) Civil Case No. 3:25-cv-00113-SLH
)
DONALD J. TRUMP, *In his official* )
*capacity as President of the* )
*United States, et al.*, )
       Respondents. )

HEARING ON: Status Conference

Before Judge: Stephanie L. Haines

| Lee Gelernt, Esq. | Michael Velchik, AUSA |
| Daniel Galindo, Esq. | Michael Leo Ivory, AUSA |
| Keith Armstrong, Esq. | |
| My Khanh Ngo, Esq. | |
| Vanessa Stine, Esq. | |
| Appear for Petitioner | Appear for Respondents |

Hearing began: 5/19/25 @ 11:03 a.m.    Hearing concluded: 11:17 a.m.

Law Clerk: Noah Keys    Stenographer: Veronica R. Trettel

Court convened for Status Conference. Counsel entered appearances. The Court asked the parties for an update as to how they believe the case should progress. Counsel for Petitioner indicated that, in light of the Supreme Court's decision on Friday, May 16, 2025: (1) Petitioner would like until the week of May 26th to indicate how it would prefer to proceed and (2) Petitioner would like to re-brief the issue of class certification, potentially along with a request for a temporary restraining order. For their part, Respondents indicated that they would of course respond to any motion that Petitioner files.

After hearing from the parties, the Court stated that, if it did receive a motion from Petitioner, it would set a response and reply deadline. The Court also indicated that it would issue an order setting a deadline for the parties to apprise the Court as to how they are requesting that the case move forward. The Court then asked the parties if they had any additional issues to discuss. The parties stated that there are none, and the Court adjourned the Conference.