IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil No. 3:25-cv-00113 |
| ) | Judge Stephanie L. Haines |
| DONALD J. TRUMP, *In his official* ) | |
| *capacity as President of the United States,* ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 19th day of May, 2025, IT IS HEREBY ORDERED that, on or before **May 28, 2025,** both Petitioner and Respondents shall provide to the Court their position regarding how they believe this case should progress in light of the Supreme Court's May 16, 2025, decision in *A.A.R.P. v. Trump*, No. 24A1007, 2025 WL 1417281 (U.S. May 16, 2025). As counsel are aware, in that case, the Supreme Court held that, under the "circumstances [before it], notice roughly 24 hours before removal, devoid of information about how to exercise due process rights to contest that removal, surely does not pass muster." *Id.* at *2. Further, the Supreme Court stressed that it was not "address[ing] the underlying merits of the parties' claims regarding the legality of removals under the AEA." *Id.* (recognizing the "significance of the Government's national security interests as well as the necessity that such interests be pursued in a manner consistent with the Constitution"). Petitioner and Respondents shall each provide their position to this Court via email at: Haines_Chambers@pawd.uscourts.gov.

*/s/ Stephanie L. Haines*
STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE

1