IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., individually and on behalf of all others similarly situated,<br><br>*Petitioner–Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants*. | Case No. 3:25-cv-00113 |

### [PROPOSED] ORDER GRANTING PETITIONER-PLAINTIFF'S MOTION FOR RECONSIDERATION OF CLASS DECERTIFICATION

Pending before the Court is Petitioner-Plaintiff's motion for reconsideration of the Court's order decertifying the class. After reviewing the record in this case and parties' briefing, the Court finds there is good cause to GRANT the motion and hereby ORDERS that this case is re-certified as a class action for the following class: All noncitizens in custody in the Western District of Pennsylvania who were, are, or will be subject to the March 2025 Presidential Proclamation entitled "Invocation of the Alien Enemies Act Regarding the Invasion of the United States by Tren de Aragua" and/or its implementation. Petitioner A.S.R. is re-appointed as Class Representative, and Petitioner's counsel from the American Civil Liberties Union and the American Civil Liberties Union of Pennsylvania are hereby re-appointed as counsel for the Petitioner Class.

It is so **ORDERED**.

Entered on _____, 2025 at _____ a.m./p.m.

_____
Judge Stephanie L. Haines
U.S. District Court Judge