IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> DONALD J. TRUMP, *In his official* ) <br> *capacity as President of the United States,* ) <br> *et al.*, ) <br> ) <br> Respondents. ) | Civil No. 3:25-cv-00113 <br> Judge Stephanie L. Haines |

## ORDER OF COURT

**AND NOW**, to wit, this 25th day of June, 2025, in accordance with the reasons stated in the accompanying Opinion, **IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration of Class Decertification at ECF No. 79 is **DENIED**.

_____
STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE