IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.S.R., ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil No. 3:25-cv-00113 |
| ) | Judge Stephanie L. Haines |
| DONALD J. TRUMP, *In his official* ) | |
| *capacity as President of the United States,* ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANUDM ORDER**

On June 30, 2025, the Court directed the parties to provide a status update by July 7, 2025, regarding how they believe this case should progress. (ECF No. 91 at 2).

On July 7, 2025, counsel for Petitioner provided a status update to the Court. Therein, Petitioner indicated that he accepted a final order of removal to Venezuela as of June 26, 2025. Therefore, he "believes that the case should be held in abeyance while the [G]overnment makes arrangements to effectuate [Petitioner's] removal to Venezuela, after which [he] intends to stipulate to dismissal." Petitioner thus proposes filing a status report in three weeks with an update as to the status of his immigration case.

For their part, on July 7, 2025, Respondents indicated that they currently intend to file a Notice of Appeal in this case regarding the notice issue. Because any such Notice must be filed no later than July 14, 2025, they "respectfully request that the Court order Respondents, if a [N]otice of [A]ppeal is filed, to notify the Court of that filing no later than July 14, 2025." Alternatively, if Respondents "do not ultimately file a [N]otice of [A]ppeal in this matter, [they] respectfully request that the Court allow Respondents until July 15, 2025, to file an amended status report."

Based on the foregoing, the Court enters the following Order:

## ORDER OF COURT

AND NOW, this 8ʰ day of July, 2025, IT IS ORDERED that this case is STAYED pending further Order of this Court.

IT IS FURTHER ORDERED that, if Respondents file a timely Notice of Appeal, they shall notify this Court of that filing on or before **July 14, 2025**. If they do not file a Notice of Appeal, they shall provide an Amended Status Report to this Court on or before **July 15, 2025**.

IT IS FURTHER ORDERED that Petitioner shall submit a Status Update to the Court regarding the status of his immigration case on or before **July 29, 2025**.

IT IS FURTHER ORDERED that the parties may submit any other status update to the Court at any time they deem appropriate.

IT IS FURTHER ORDERED that Petitioner and Respondents shall provide any and all of the foregoing to the Court via email at: Haines_Chambers@pawd.uscourts.gov. The parties shall continue to carbon copy each other on any emails to the Court in the future.

                                                                     Stephanie L. Haines
                                                                     United States District Judge